# UNITED STATES DISTRICT COURT

for the

## Northern District of California

**FILED**
JAN 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

U.S.A. vs Leal, Antonio                    Docket CR 06-00787 JF

### Petition for Arrest Warrant and Supporting Affidavit

I, Laura Weigel, a U.S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1. The above-referenced defendant is charged in count five of an Indictment with a violation of Title 18, United States Code, Section 1708–Mail Theft.

2. On December 26, 2006, the Court ordered that the defendant be released on $50,000 personal recognizance bond and special conditions, including but not limited to, (1) The defendant shall report to Pretrial Services as directed; (2) The defendant shall participate in drug counseling and submit to drug testing as directed by Pretrial Services.

3. On January 9, 2007, Pretrial Services informed the Court that the defendant submitted to drug testing on 12/26/06 and 1/5/07 and that both were positive for Methamphetamine. As Pretrial Services was in the process of referring the defendant out to treatment, we requested that no action be taken. On January 11, 2007, the Court replied to Pretrial Services request and no action was taken. However, at the Courts direction, Pretrial Services advised both the United States Attorney's Office and the Assistant Federal Public Defender's Office of the defendant's status.

4. On January 5, 2007, the defendant was instructed to report to Pretrial Services on January 12, 2007, for a referral to outpatient drug services. This to inform the Court that the defendant failed to report as directed and his current whereabouts are unknown.



**Page Two - Petition for Arrest Warrant and Supporting Affidavit**

Re: Leal, Antonio
Docket No.: CR 06-00787JF

Based on the foregoing, there is probable cause to believe that Antonio Leal violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully,

Laura Weigel
U.S. Pretrial Services Officer

Reviewed by:

Jaime Carranza
Officer in Charge
U.S. Pretrial Services Officer

Place **San Jose, California**
Date **January 19, 2007**

---

Having considered the information set forth above,

THE COURT ORDERS:

☒ The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his bail should not be revoked.

☐ Other:

1/19/07
Date

Honorable Howard Lloyd
U.S. Magistrate Judge

U.S. Magistrate Judge

NDCA-PSA PS8-A
(Revised 12/16/04)