**E-filed 2/7/07**

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-00787 JF |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ANTONIO LEAL, ) | |
|     Defendant. ) | SAN JOSE VENUE |

    On February 7, 2007, the above-captioned case is scheduled for an initial appearance before the Court. The parties jointly request that the case be continued to March 21, 2007 due to the unavailability of the defendant. On January 19, 2007, Judge Lloyd issued a warrant for the defendant's arrest based upon the defendant's failure to comply with the conditions of his pretrial release. The defendant's current whereabouts are unknown. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's unavailability. <u>See</u> 18 U.S.C. § 3161(h)(3)(A). If the defendant is arrested prior to March 21, 2007, the government will notify the Court and reschedule the appearance.

//

S<small>TIPULATION AND</small> [<small>PROPOSED</small>] <small>ORDER</small>
No. 06-00787 JF          1

1  SO STIPULATED:						KEVIN V. RYAN
								United States Attorney
2

3  DATED:_____				_____/s/_____
								SUSAN KNIGHT
4								Assistant United States Attorney

5
    DATED:_____				_____/s/_____
6								JAY RORTY
								Assistant Federal Public Defender
7

8

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance

10  be continued from February 7, 2007 to March 21, 2007.

11      The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

12  February 7, 2007 through March 21, 2007.  The Court finds, based on the aforementioned

13  reasons, that the ends of justice served by granting the requested continuance outweigh the best

14  interest of the public and the defendant in a speedy trial.  The Court also finds that an exclusion

15  of time is appropriate because the defendant has absconded from Pretrial Services and his current

16  whereabouts are unknown.  18 U.S.C. §§ 3161(h)(3)(A)

17  SO ORDERED.

18

19  DATED:  2/7/07					_____
								JEREMY FOGEL
20								United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. 06-00787 JF					2