UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number  CR06-00787JF |
| Plaintiff, | |
| vs | ORDER OF DETENTION PENDING TRIAL |
| ANTONIO LEAL | |
| Defendant. | |

FILED
APR - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

In accordance with the Bail Reform Act, 18 U.S.C. § 3148, a revocation of release hearing was held on April 5, 2007. Defendant was present, represented by his attorney Jay Rorty AFPD. The United States was represented by Assistant U.S. Attorney Susan Knight.

The government established through clear and convincing evidence that defendant had violated the conditions of his release, and the court finds that his is unlikely to abide by any condition or combination of conditions.

Accordingly, defendant's release is revoked and he is ordered detained.

Dated: 4/5/07

HOWARD R. LLOYD
United States Magistrate Judge