| | |
|---|---|
| BARRY J. PORTMAN | *efiled 1/22/08 |

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00787-2 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING;** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| ANTONIO LEAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, February 6, 2008, be continued to Wednesday, February 27, 2008, at 9:00 a.m.

The continuance is requested because the parties require additional time to review discovery and respond to the draft PSR. Probation Officer Waseem Iqbal has been contacted, and has no objection.

Dated: 1/16/08                                    _____/s/_____
                                                  LARA S. VINNARD
                                                  Assistant Federal Public Defender

Dated:                                            _____
                                                  SUSAN KNIGHT
                                                  Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the sentencing hearing on February 6, 2008, to allow additional time for the parties to respond to the draft PSR.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 6, 2008, be continued to February 27, 2008, at 9:00 a.m.

Dated: 1/18/08

_____
JEREMY FOGEL
United States District Judge